IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION, | : : : : | CIVIL ACTION NO. 1:17-CV-2041 (Chief Judge Conner) |
| Plaintiff | : : | |
| v. | : : | |
| TOM WOLF, in his Official Capacity as Governor of the Commonwealth of Pennsylvania, | : : : : | |
| Defendant | : | |

## ORDER

AND NOW, this 14th day of November, 2017, upon consideration of the motion (Doc. 17) for leave to intervene in the above-captioned action filed by the General Assembly of the Commonwealth of Pennsylvania ("General Assembly"), and the court determining upon review of the General Assembly's submission that it has established a basis for permissive intervention pursuant to Federal Rule of Civil Procedure 24(b), see FED. R. CIV. P. 24(b), it is hereby ORDERED that:

1. The General Assembly's motion (Doc. 17) to intervene is GRANTED to the extent it seeks leave to intervene pursuant to Federal Rule of Civil Procedure 24(b).

2. The Clerk of Court is DIRECTED to add the General Assembly as a party-defendant in the above-captioned action.

3. The General Assembly shall forthwith file the memorandum of law (Doc. 17-3) appended to its instant motion to the docket of the above-captioned action.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania