IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : | CIVIL ACTION NO. 1:17-CV-2041 |
| | : | |
| | : | (Chief Judge Conner) |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **TOM WOLF, in his Official Capacity as Governor of the Commonwealth of Pennsylvania,** | : | |
| | : | |
| | : | |
| **Defendant** | : | |

# ORDER

AND NOW, this 22nd day of November, 2017, upon consideration of the motion (Doc. 6) for preliminary injunction by the Pennsylvania Professional Liability Joint Underwriting Association ("the Association"), the parties' briefs (Docs. 8, 18, 30) and proposed findings of fact and conclusions of law (Docs. 38, 39, 40) in support of and opposition to said motion, respectively, and the evidence presented during the preliminary injunction hearing convened on November 14, 2017, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. The Association's motion (Doc. 6) for preliminary injunction is GRANTED.

2. Defendant Tom Wolf, in his official capacity as Governor of the Commonwealth of Pennsylvania, and those acting in concert with him, are PRELIMINARILY ENJOINED from enforcing, directing enforcement, or permitting enforcement of Section 1.3 and Section 13 of Act 44 of 2017 ("Act 44 or the Act"), No. 44, 2017 Pa. Laws __ (Oct. 30, 2017).

3. The force and effect of Section 1.3 and Section 13 of Act 44 are temporarily SUSPENDED pending full merits disposition of the above-captioned litigation, which shall proceed on an expedited basis.

4. The Association shall post bond or appropriate security in the amount of $2,900,000 with the Clerk of Court. See Fed. R. Civ. P. 65(c). The provisions of paragraphs 2 and 3 above shall not become effective until this security is posted.

5. The court will establish a date for trial of this matter by separate order.

                                              /S/ Christopher C. Conner
                                              Christopher C. Conner, Chief Judge
                                              United States District Court
                                              Middle District of Pennsylvania