# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,
*Plaintiff*

v.  Civil Action No. 1:17-CV-2041

TOM WOLF, in his Official Capacity as Governor of the Commonwealth of Pennsylvania
*Defendant*

(Chief Judge Conner)

v.

THE GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA, Intervenor Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other: DECLARATORY JUDGMENT BE AND IS HEREBY ENTERED in favor of plaintiff PENNSYLVANIA PROFESSIONAL AND LIABILITY JOINT UNDERWRITING ASSOCIATION and against defendant TOM WOLF in his official capacity as Governor of the Commonwealth of Pennsylvania and intervenor defendant THE GENERAL ASSEMBLY OF THE COMMONWEALTH OF PENNSYLVANIA, in accordance with the court's memorandum and order (Docs. 87, 88), dated May 17, 2018, wherein: It is ORDERED and DECLARED that Act 44 of 2017, P.L. 725, No. 44 (Oct. 30, 2017) is unconstitutional in violation of the Fifth and the Fourteenth Amendments to the United States Constitution, and enforcement thereof is hereby and permanently ENJOINED.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X decided by Judge or Magistrate Judge Chief Judge Christopher C. Conner

Upon motions for summary judgment

Date: May 17, 2018    *CLERK OF COURT* PETER WELSH, Acting Clerk of Court

K. McKinney

*Signature of Clerk or Deputy Clerk*