# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PENNSYLVANIA PROFESSIONAL LIABILITY JOINT UNDERWRITING ASSOCIATION,** | : : : : | CIVIL ACTION NO. 1:17-CV-2041<br><br>(Chief Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **TOM WOLF**, in his Official Capacity as Governor of the Commonwealth of Pennsylvania, | : : : : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 26th day of June, 2018, upon consideration of the joint motion (Doc. 99) of defendant Tom Wolf, in his official capacity as Governor of the Commonwealth of Pennsylvania, and intervenor defendant, the General Assembly of the Commonwealth of Pennsylvania, seeking to stay consideration of plaintiff's motion (Doc. 92) for attorneys' fees and litigation expenses pending appeal, and it appearing that plaintiff does not oppose the joint motion, it is hereby ORDERED that the subject motion (Doc. 99) is GRANTED and all briefing and other deadlines associated with plaintiff's motion for attorneys' fees and litigation expenses are STAYED pending further order of court.

        /S/ CHRISTOPHER C. CONNER
        Christopher C. Conner, Chief Judge
        United States District Court
        Middle District of Pennsylvania